UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
               :
KELVIS BORGEN,                           :
               :
             Plaintiff,    :
               :         21-cv-8045 (VSB)
      -against-            :
               :         **ORDER**
LARRY D. TELL-LEE, JR.,        :
               :
             Defendant.  :
               :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       Pursuant to my instructions at the April 27, 2022 post-discovery conference, it is hereby:

       ORDERED that the parties meet and confer and, on or before June 27, 2022, submit a joint status letter detailing the status of discovery, whether any additional parties will be impleaded, and any progress made towards settlement. It is further ordered that, if the parties intend to proceed to trial, the parties meet and confer and include in that same letter their available dates for trial in the fourth quarter of 2022.

SO ORDERED.

Dated: April 28, 2022
       New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge