UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELVIS BORGEN,

                     Plaintiff,

-v-                                            CIVIL ACTION NO.: 21 Civ. 8045 (VSB) (SLC)

LARRY D. TELL-LEE, JR.,                    **ORDER**

                     Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

    This action has been referred to the undersigned for settlement. (ECF No. 15). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Thursday, May 26, 2022 at 3:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:      New York, New York
               April 29, 2022

                                                  SO ORDERED.

                                                  _____
                                                  SARAH L. CAVE
                                                  United States Magistrate Judge