UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELVIS BORGEN,

                Plaintiff,

-v-

LARRY D. TELL-LEE, JR.,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 8045 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 28, 2022, the Honorable Vernon S. Broderick amended the Order of Reference to include General Pretrial Supervision and resolution of a Specific Non-Dispositive Motion/Dispute. (ECF No. 21). Accordingly, the settlement conference previously scheduled to take place over videoconference on **Tuesday, July 5, 2022 at 2:00 pm** will now be converted to a telephonic discovery conference to discuss the issues raised in ECF Nos. 19–20, 22. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:       New York, New York
               June 29, 2022

                                                SO ORDERED.

                                                _____
                                                SARAH L. CAVE
                                                United States Magistrate Judge