UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELVIS BORGEN,

                              Plaintiff,

        -v-                                              CIVIL ACTION NO.: 21 Civ. 8045 (VSB) (SLC)

                                                         **ORDER**

LARRY D. TELL-LEE, JR.,

                              Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

        Pursuant to the discovery conference held today, July 5, 2022 (the "Conference"), the

Court Orders as follows:

    1. By **Wednesday, July 6, 2022,** Defendant shall file on the docket the third-party complaint

       and proof of service on the third-parties.

    2. By **Friday, July 15, 2022**, Defendant shall complete its production of documents in

       response to Plaintiff's post-deposition discovery requests.

        a. By **Monday, July 18, 2022**, Plaintiff shall submit a status letter advising the Court

           whether Defendant has provided all outstanding post-deposition discovery.

Dated:        New York, New York
              July 5, 2022

                              SO ORDERED.

                              SARAH L. CAVE
                              **United States Magistrate Judge**