UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELVIS BORGEN,<br><br>                              Plaintiff,<br>   -v-<br><br>LARRY D. TELL-LEE, JR.,<br><br>                              Defendant. | CIVIL ACTION NO.: 21 Civ. 8045 (DLC) (SLC)<br><br>**ORDER** |
| LARRY D. TELL-LEE, JR.,<br><br>                              Third Party Plaintiff,<br>   -v-<br><br>MAMADOU DIALLO, GLOBAL LIBERTY INSURANCE COMPANY OF NEW YORK and UBER TECHNOLOGIES,<br><br>                              Third Party Defendant. | |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, August 22, 2022, the Court orders as follows:

1. By **August 26, 2022:**

    a. Defendant shall provide Plaintiff with .jpg file (or other native image file) of the photographs that Defendant, according to his deposition testimony, took following the accident and forwarded to his counsel and insurance company; and

b.  Third Party Defendant Uber Technologies shall serve its Answer (ECF No. 40) on Third Party Defendants Mamadou Diallo and Global Liberty Insurance Company of New York, and file proof of service on the docket.

Dated:   New York, New York
         August 22, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge