```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
KELVIS BORGEN,                       :      21cv8045 (DLC)
                                     :            (SLC)
                    Plaintiff,       :
          -v-                        :      ORDER
                                     :
LARRY D. TELL-LEE, JR., et al.,      :
                                     :
                    Defendants.      :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

    This case has been reassigned to me for all purposes. On April 28, 2022, the above captioned case was referred to Magistrate Judge Sarah L. Cave for settlement. On June 28, 2022, the order of reference was amended to cover general pretrial purposes. Accordingly, it is hereby

    ORDERED that the referral to the Magistrate Judge for general pretrial purposes is vacated.

    IT IS FURTHER ORDERED that the parties shall appear at a conference on **October 21, 2022 at 10:30 a.m.** in Courtroom 18B, 500 Pearl Street, New York, New York 10007.

    SO ORDERED:

Dated:    New York, New York  
           August 23, 2022

                                      _____  
                                         DENISE COTE  
                            United States District Judge