```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
KELVIS BORGEN,                      :    21cv8045 (DLC)
                                    :
                    Plaintiff,      :       ORDER
            -v-                     :
                                    :
LARRY D. TELL-LEE, JR., et al.,     :
                                    :
                    Defendants.     :
                                    :
------------------------------------X
```

DENISE COTE, District Judge:

On August 23, 2022, a pretrial conference was scheduled in this case for October 21 at 10:30 a.m.  It is hereby

ORDERED that the pretrial conference is rescheduled to October 21 at 10:00 a.m.  The conference shall be held in Courtroom 18B, 500 Pearl Street, New York, New York 10007.

Dated:   New York, New York
         October 19, 2022

                                        _____
                                              DENISE COTE
                                        United States District Judge