```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
KELVIS BORGEN,                          :
                                        :
                    Plaintiff,          :     21cv8045 (DLC)
                                        :
          -v-                           :         ORDER
                                        :
LARRY D. TELL-LEE, JR.,                 :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
----------------------------------------X
                                        :
LARRY D. TELL-LEE, JR.,                 :
                                        :
                    Third-Party         :
                    Plaintiff           :
                                        :
          -v-                           :
                                        :
MAMADOU DIALLO, et al.,                 :
                                        :
                    Third-Party         :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On October 28, 2022, third-party defendant Uber Technologies, Inc. ("Uber") submitted a letter indicating its intent to submit a motion to dismiss. It is hereby

ORDERED that Uber's motion to dismiss shall be filed by November 18, 2022. Any opposition is due December 16. Any reply is due January 6, 2023. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy

copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         October 28, 2022

                                        _____
                                        DENISE COTE
                                        United States District Judge

2