```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
KELVIS BORGEN,                            :    21cv8045 (DLC)
                                          :
                    Plaintiff,            :    ORDER
                                          :
          -v-                             :
                                          :
LARRY D. TELL-LEE, JR.,                   :
                                          :
                    Defendant.            :
                                          :
------------------------------------------X
------------------------------------------X
                                          :
LARRY D. TELL-LEE, JR.,                   :
                                          :
                    Third-Party           :
                    Plaintiff             :
                                          :
          -v-                             :
                                          :
MAMADOU DIALLO, et al.,                   :
                                          :
                    Third-Party           :
                    Defendants.           :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

    At a conference held on October 21, counsel for third-party defendant Uber Technologies, Inc. represented that it had identified the correct Mamadou Diallo.  Tell-Lee filed a motion for default judgment against Diallo on October 27.

    The motion for default judgment does not include a certificate of default.  As described in this Court's default judgment procedure, a plaintiff seeking default judgment must

first obtain a certificate of default from the Clerk of Court, and then file a motion for default judgment. A certificate of default may be obtained by filing a proposed certificate of default on ECF. Accordingly, it is hereby

ORDERED that Tell-Lee shall file a proposed certificate of default by **November 4**.

IT IS FURTHER ORDERED that Tell-Lee shall file a renewed motion for default judgment by **November 18**.

IT IS FURTHER ORDERED that the affidavits in support of the proposed certificate of default and the motion for default judgment shall indicate that the correct individual named Mamadou Diallo has been properly served with the pleadings in this case.

Dated:   New York, New York
         October 28, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge