LAW OFFICES
# DOWNING & PECK, P.C.
ATTORNEYS AND COUNSELORS AT LAW
17 BATTERY PLACE – SUITE 324
NEW YORK, NEW YORK 10004

---

JOHN M. DOWNING  
MARGUERITE D. PECK  
JOHN M. DOWNING, JR.***  
ERNEST J. PECK  

TEL (212)-514-9190  
FAX (212)-514-9241  
www.DOWNINGPECK.com  

***MEMBER NY, NJ, & CT BARS

November 8, 2022

Honorable Denise Cote  
U. S. District Court  
Southern District of New York  
500 Pearl Street  
New York, NY. 10007  

> The proposed certificate of default must be filed by 11/22/22. The renewed motion for default shall be filed by 12/22/22.
> 
> *Denise Cote*  
> 11/9/22

    **Re:**    **Kelvis Borgen v. Larry D Tell-Lee Jr.**  
               **Date of Accident: April 17, 2021**  
               **Index No.: 21-CV-08045 DLC**  
               **D&P No.: 3.1448**

Honorable Judge Cote:

We represent the defendant Larry Tell Lee herein. In September 2022, we caused service of the third party complaint to be made upon the adverse driver herein, Mamadou Diallo, at four addresses in the Bronx.

Counsel for Uber only advised us on Friday and today that Mamadou Diallo's correct address is 1288 Washington, # 21 Bronx, NY 10456, which is not one of the four addresses that we had attempted.

Counsel also advised that Uber only served their third-party answer upon Mr. Diallo, not the third-party complaint.

Therefore, in order that we may serve the third-party complaint upon Mr. Diallo, defendant respectfully requests that the dates in your Honor's October 28, 2022 order, document number 56, be adjourned for 45 days.

If Mr. Diallo does not answer, we shall obtain a certificate of default from the Clerk, and move for default as directed in the aforesaid order.

Thank you for. your attention to this matter.

                                                                  Very truly yours,  
                                                                   DOWNING & PECK, P.C.

                                                                   *John M. Downing, Jr*  
                                                                  JOHN M. DOWNING, JR.

JDJ/de