

## SHLIVKO GIANCOLA LLC

30 Wall Street, 8th Floor  
New York, NY 10005

Sam J. Shlivko, Esq.  
844-SAM JUSTICE  
Sam@SamWantsJustice.com

November 14, 2022

**Via ECF**
The Honorable Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Granted.
/s/ Denise Cote
11/14/22

Re: 21-CV-8045 (~~VSB~~) (DLC) - Kelvis Borgen v. Larry D Tell-Lee, Jr.
    Adjournment of Mediation

Your Honor,

    This office represents Plaintiff Kelvis Borgen ("Plaintiff") in the above-captioned matter. After conferring with Defendant's counsel, we respectfully request an extension of time to schedule and hold the mediation up to and including December 29, 2022 or the first following available date as is convenient for the Mediation Office.

    Defendant has served the third-party complaint upon third-party defendant driver Mr. Diallo and his auto insurance company United American Transport. This court has extended Defendant's time to move for a default against Mr. Diallo to December 22, 2022. If a short adjournment is granted, it is Defendant's hope that the aforementioned third-party defendants will participate as well.

    The parties thank the court for its time.

Very Truly Yours,

/s/ SJS

Sam J Shlivko, Esq.

cc: **via Email**
    Mediation Office
    United States District Court
    Southern District of New York
    40 Foley Square, Suite 120
    New York, New York 10007 (212) 805-0643 Email:
    MediationOffice@nysd.uscourts.gov