```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
KELVIS BORGEN,                           :
                                         :    21cv8045 (DLC)
                        Plaintiff,       :
                                         :    ORDER
          -v-                            :
                                         :
LARRY D TELL-LEE, JR., et al.,           :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A jury trial in the above-captioned action had been placed on the trial-ready calendar for the month of January 2023. Accordingly, it is hereby

ORDERED that the trial in this action will commence on **January 23, 2023.** Please refer to this Court's Individual Practices in Civil Cases for all pretrial filing deadlines.

IT IS FURTHER ORDERED that a final pretrial conference will be held on January 13, 2023 at 10:30 AM in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         November 28, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge