```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
 KELVIS BORGEN,                           :
                                          :
                     Plaintiff,           :    21cv8045 (DLC)
                                          :
              -v-                         :         ORDER
                                          :
 LARRY D. TELL-LEE, JR.,                  :
                                          :
                     Defendant.           :
                                          :
-----------------------------------------X
-----------------------------------------X
                                          :
 LARRY D. TELL-LEE, JR.,                  :
                                          :
                     Third-Party          :
                     Plaintiff            :
                                          :
              -v-                         :
                                          :
 MAMADOU DIALLO, et al.,                  :
                                          :
                     Third-Party          :
                     Defendants.          :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On December 19, 2022, the parties submitted a letter requesting a thirty-day extension of all remaining deadlines in this case.  It is hereby

ORDERED that the joint pre-trial order shall be due **January 13, 2023.**

IT IS FURTHER ORDERED that the final pre-trial conference shall be held on **February 3, 2023 at 1:00 p.m.** in Courtroom 18B, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that trial in this case shall commence on **February 13, 2023.**

IT IS FURTHER ORDERED that a default judgment hearing will be held on **January 6, 2023 at 1:00 p.m.** in Courtroom 18B.

IT IS FURTHER ORDERED that all other existing deadlines in this case shall remain.  Any future requests for extension of any deadline shall be submitted in a letter no longer than two (2) pages filed on ECF before the relevant deadline has passed.

Dated:   New York, New York
         December 19, 2022

                                    _____
                                    DENISE COTE
                                    United States District Judge