```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
KELVIS BORGEN,                         :    21cv8045 (DLC)
                                       :
                        Plaintiff,     :    ORDER
                                       :
              -v-                      :
                                       :
LARRY D. TELL-LEE, JR.,                :
                                       :
                        Defendant.     :
                                       :
-------------------------------------- X
-------------------------------------- X
                                       :
LARRY D. TELL-LEE, JR.,                :
                                       :
                        Third-Party    :
                        Plaintiff      :
                                       :
              -v-                      :
                                       :
MAMADOU DIALLO, et al.,                :
                                       :
                        Third-Party    :
                        Defendants.    :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On January 4, 2023, third-party plaintiff Tell-Lee Jr. was ordered to show cause by January 6 why his claims against Mamadou Diallo should not be dismissed for failure to prosecute. Tell-Lee failed to file a response to the Court's January 4 Order or a request for extension of time to respond. Accordingly, it is hereby

ORDERED that Tell-Lee's claims against Mamadou Diallo are dismissed.

Dated:  New York, New York
        January 10, 2023

                                        _____
                                              DENISE COTE
                                        United States District Judge