```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
KELVIS BORGEN,                          :    21cv8045 (DLC)
                                        :
                    Plaintiff,          :    ORDER
                                        :
          -v-                           :
                                        :
LARRY D. TELL-LEE, JR.,                 :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
----------------------------------------X
                                        :
LARRY D. TELL-LEE, JR.,                 :
                                        :
                    Third-Party         :
                    Plaintiff           :
                                        :
          -v-                           :
                                        :
MAMADOU DIALLO, et al.,                 :
                                        :
                    Third-Party         :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On August 19, 2022, third-party defendant Uber Technologies, Inc. ("Uber") filed its answer to defendant Tell-Lee Jr.'s third-party complaint. On January 13, 2023, the parties filed their proposed joint pretrial order. In the pretrial order, the parties represented that Tell-Lee Jr. "voluntarily discontinued his claims against Uber Technologies

on January 13, 2023." Pursuant to Fed. R. Civ. P. 41(a)(1)(A), a

> plaintiff may dismiss an action without a court order by filing:
>
> (i)   a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
>
> (ii)  a stipulation of dismissal signed by all parties who have appeared.

Accordingly, it is hereby

ORDERED that the parties shall, by January 20, 2023, file a stipulation of dismissal of Tell-Lee Jr.'s claims against Uber signed by all parties who have appeared in this action.

Dated:   New York, New York
         January 17, 2023

                              _____
                                     DENISE COTE
                              United States District Judge

2