```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
KELVIS BORGEN,                           :     21cv8045 (DLC)
                                         :
                         Plaintiff,      :     ORDER
                                         :
              -v-                        :
                                         :
LARRY D. TELL-LEE, JR.,                  :
                                         :
                         Defendant.      :
                                         :
-----------------------------------------X
-----------------------------------------X
                                         :
LARRY D. TELL-LEE, JR.,                  :
                                         :
                         Third-Party     :
                         Plaintiff       :
                                         :
              -v-                        :
                                         :
MAMADOU DIALLO, et al.,                  :
                                         :
                         Third-Party     :
                         Defendants.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On October 21, 2022, the above-captioned action was referred for mediation to the Court-annexed Mediation Program. On November 14, the Court granted a request for extension of time to hold the mediation up to and including December 29, 2022. To date, the mediation has not been held because the parties were not responsive to the Mediation Office's attempt to schedule the mediation. The final pretrial conference is

scheduled for February 3, and trial is set to commence on February 13.  Accordingly, it is hereby

ORDERED that the parties shall contact the Mediation Office prior to January 20, 2023 to schedule the mediation.

IT IS FURTHER ORDERED that the mediation shall be held on or before January 31, 2023.

Dated:    New York, New York
         January 18, 2023

                                   _____
                                         DENISE COTE
                                   United States District Judge