```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
KELVIS BORGEN,                          :
                                        :
                        Plaintiff,      :     21cv8045 (DLC)
                                        :
            -v-                         :         ORDER
                                        :
LARRY D. TELL-LEE, JR.,                 :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On April 12, 2023, the plaintiff submitted a letter noting that he was not in receipt of a settlement check from one of the parties. On February 10, 2023, the parties filed a stipulation that voluntarily dismissed the action and all claims and cross-claims. Accordingly, the Court is without jurisdiction to address the plaintiff's April 12 letter request.

Dated:   New York, New York
         April 12, 2023

                                     _____
                                            DENISE COTE
                                     United States District Judge